CAROL C. LAM
United States Attorney
ANNALOU TIROL
Assistant United States Attorney
California State Bar No. 216578
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-7854

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR1736-BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS AND ORDER THEREON** |
| ELIAS BELTRAN-PONCE, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and AnnaLou Tirol, Assistant United States Attorney, and defendant ELIAS BELTRAN-PONCE, by and through and with the advice and consent of defense counsel, Robert H. Rexrode, Esq., Federal Defenders of San Diego, Inc., that:

    1.    The material witness, Maria Isabel Rojas-Valle, in this case:

        a.    Is an alien with no lawful right to enter or remain in the United States;

        b.    Entered or attempted to enter the United States illegally on or about July 19, 2006;

        c.    Was found in a vehicle driven by defendant at the Calexico, California West Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

        d.    Was paying $3,500 to others to be brought into the United States illegally and/or transported illegally to her destination therein; and,

1       e.      May be released and remanded immediately to the Department of Homeland Security for return to her country of origin.

2.      After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.      The stipulated facts set forth in paragraph 1 above shall be admitted as substantive evidence;

b.      The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

//

//

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Elias Beltran-Ponce               2                              06CR1736-BEN

1    3.   By signing this stipulation and joint motion, defendant certifies that defendant has
2    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies
3    further that defendant has discussed the terms of this stipulation and joint motion with defense
4    counsel and fully understands its meaning and effect.
5    Based on the foregoing, the parties jointly move the stipulation into evidence and for the
6    immediate release and remand of the above-named material witness(es) to the Department of
7    Homeland Security for return to her country of origin.
8    It is STIPULATED AND AGREED this date.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 11/17/06

ANNALOU TIROL
Assistant United States Attorney

Dated: 11/17/06

ROBERT H. REXRODE
Defense Counsel for BELTRAN-PONCE

Dated: 11/17/06

ELIAS BELTRAN-PONCE
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Elias Beltran-Ponce        3        06CR1736-BEN

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 11/17/06

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Elias Beltran-Ponce        4        06CR1736-BEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 06cr1736 |
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Elias Beltran-Ponce | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, ANTHONY J. BATTAGLIA

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

MARIA Isabel Rojas-Valle

DATED: 11/17/06

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk