MARILYN B. GUNNER, ESQ.
CALIFORNIA STATE BAR NO. 149540
P.O. BOX 605
LA MESA, CALIFORNIA 91944-0605
TELEPHONE: (619) 461-8716

Attorney for Material Witness

FILED
'07 MAR 12 AM 8:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDU  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No: 06cr1736BEN |
| ) | |
| Plaintiff, ) | EX PARTE APPLICATION TO |
| v. ) | EXONERATE BOND; ORDER |
| ) | |
| ELIAS BELTRAN-PONCE, ) | |
| ) | |
| Defendant. ) | |

Marilyn B. Gunner, Attorney for Material Witness MARIA ISABEL ROJAS-VALLE, requests the Court exonerate her Material Witness Appearance Bond. On December 22, 2006, subsequent to a plea entered by the defendant, the Bureau of Customs and Border Protection accepted jurisdiction over Ms. ROJAS-VALLE and she has met the requirements for exoneration.

__2/6/07__          S/Marilyn B. Gunner
Date                MARILYN B. GUNNER
                    Attorney for Material Witness

///

///

///

///

**ORDER**

On application of Marilyn B. Gunner, Attorney for Material Witness MARIA ISABEL ROJAS-VALLE, and good cause appearing, it is hereby ordered her Material Witness Appearance bond be exonerated. It is further ordered the Clerk of the Court return the $ 500.00 bond deposit held in the Registry of the Court, to surety Rene Rodriguez at 6923 Enfield Ave., Reseda, Ca. 91335, A#: XX-XXX-691.

IT IS SO ORDERED:

3/09/07
Date

HON. ROGER T. BENITEZ,
UNITED STATES DISTRICT COURT JUDGE